**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-21320-ALTMAN**

**ORIANA ANTONELLA**
**DE GRAZIA BOGARIN**,

     *Plaintiff*,

*v.*

**U.S. DEPARTMENT OF HOMELAND**
**SECURITY,** *et al.*,

     *Defendants.*

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 16] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER** that this action is **DISMISSED** *without prejudice*. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 28, 2026.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record